UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. Case No.: 6:26-cr-264-AGM-LHP

VAGNER SOARES DE ALMEIDA
et al.

**UNITED STATES' RESPONSE TO ORDER TO SHOW CAUSE**

The United States of America, through the undersigned Assistant United States Attorneys, responds to this Honorable Court's Order to Show Cause (the "Order") (Doc. 51) and states:

As an initial matter, the United States acknowledges that the Press Release at issue contained inaccurate and nonpublic information that should not have been included. The United States apologizes to the Court for this serious oversight. Soon after receiving the Order to Show Cause on November 3, 2025, and upon confirming the inaccuracies, the United States removed the Press Release from public view. In accordance with this Court's Order, the United States has identified the chain of events that led to the oversight as explained below.

The Press Release was drafted by Orlando Deputy Chief, AUSA Hannah Watson, because SAUSA Bianca Bansal (the lead prosecutor on the case) was in a jury trial. SAUSA Bansal had back-to-back trials beginning October 19 and 26, 2026. Thus, AUSA Watson stepped in to assist SAUSA Bansal with drafting the Press

Release. In AUSA Watson's draft, the thirteen defendants were inaccurately identified as all being foreign nationals, and the nationalities of the defendants were included even though that information was not included in the indictment or otherwise public. SAUSA Bansal did not review the draft or final version of the Press Release before it was publicly released.[1]

Before the press release was publicly released, language was added to the end of it related to the Homeland Security Task Force (HSTF).[2] That language was provided to the United States Attorney's Office by the Department of Justice for inclusion on press releases in all cases that are investigated by the HSTF, of which this is one. The inclusion of the mistakenly incorrect and nonpublic information

---

[1] This Court's order requires the United States to state who posted the approved Press Release. The Press Release was posted by Amy Filjones, a member of the US Attorney's Office public affairs staff. Ms. Filjones did not write and is not responsible for the content of the Press Release.

[2] The following language was added:

> This case is part of the Homeland Security Task Force (HSTF) initiative established by Executive Order 14159, Protecting the American People Against Invasion. The HSTF is a whole-of-government partnership dedicated to eliminating criminal cartels, foreign gangs, transnational criminal organizations, and human smuggling and trafficking rings operating in the United States and abroad. Through historic interagency collaboration, the HSTF directs the full might of United States law enforcement towards identifying, investigating, and prosecuting the full spectrum of crimes committed by these organizations, which have long fueled violence and instability within our borders. In performing this work, the HSTF places special emphasis on investigating and prosecuting those engaged in child trafficking or other crimes involving children. The HSTF further utilizes all available tools to prosecute and remove the most violent criminal aliens from the United States. HSTF Region 20 comprises agents and officers from multiple law enforcement agencies with the prosecution being led by the United States Attorney's Office for the Middle District of Florida.

about the defendants' nationality was unrelated to the inclusion of the HSTF language at the end of the press release.

The final Press Release's statement that "[t]hirteen foreign nationals" were charged as defendants in the conspiracy was inaccurate because two of the thirteen defendants have become naturalized United States citizens. Additionally, one of the charged defendants is a foreign national of another country, not Brazil or Cuba. Further, the United States acknowledges that the Press Release contained nonpublic information that should not have been disclosed because it was not in the public record.

The United States takes full responsibility for the oversights in the Press Release. The inaccuracies and nonpublic information included in the Press Release were not intentional violations of the Local Rule. Instead, the oversights were the result of another AUSA stepping in when the primary prosecutor on the case, who was most familiar with the facts, was tied up with trial and trial prep and the primary prosecutor did not later review the press release for accuracy. The United States again apologizes to the Court for these oversights and will take steps to ensure these mistakes are not repeated in the future.

Wherefore, the United States respectfully submits that it has shown good cause why this Honorable Court should not sanction the United States and requests that this Court discharge the order to show cause.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Bianca S. Bansal*
Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Bianca.Bansal@usdoj.gov

By: ______________________
Hannah Watson
Assistant United States Attorney
Florida Bar No. 0123632
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (352) 547-3600
Facsimile: (352) 547-3623
E-mail: Hannah.Watson@usdoj.gov

**Vagner Soares De Almeida et al.** **Case No.: 6:26-cr-264-AGM-LHP**

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.


By: *<u>/s/ Bianca S. Bansal</u>*
Bianca S. Bansal
Special Assistant United States Attorney
USAO No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Bianca.Bansal@usdoj.gov

By: Hannah Watson
Hannah Watson
Assistant United States Attorney
Florida Bar No. 0123632
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (352) 547-3600
Facsimile: (352) 547-3623
E-mail: Hannah.Watson@usdoj.gov